## No. 12,006.

### TOWN OF MANDEVILLE VS. J. B. BAUDOT.

When there are two statements of facts by the judge of the lower court filed in this court, and there is a dispute between the parties to the appeal in reference to the statement on which the decision is to be based, the case, under the circumstances shown by the record, will be remanded to enable the appellant to obtain a statement in the mode pointed out by the Code. Code of Practice, Arts. 602, 603.

APPEAL from the Fourth Justice of the Peace for the Parish of St. Tammany. *Phillips, J.*

---

*Clay Elliott* for Plaintiff, Appellee.

---

*P. L. Fourchy* for Defendant, Appellant.

State vs. Comeau.

Argued and submitted January 11, 1896.

Opinion handed down January 20, 1896.

48   249|
114   418|

The opinion of the court was delivered by ·

MILLER, J.   This appeal is from the judgment imposing a license tax on defendant.

The·parties are not agreed on the statement of facts.   There are two statements in the record, both signed by the justice, one filed by defendant, the other by the plaintiff and appellee.   The counsel for the appellee urges that filed by appellant was not submitted to appellee's counsel, as required by the Code of Practice, Arts. 602 and 603, and is incorrect, not containing certain ordinances claimed to have been offered in evidence and made part of the second statement.   There is a motion to dismiss filed by him.   The appellant insists that the first statement, that filed by him, is correct and should be the basis of our judgment. .

We do not think the appeal should be dismissed nor that the case should be disposed of in the present condition of the record.

It is therefore ordered that this case be remanded to enable the appellant to obtain a statement in the mode pointed out by the Code of Practice, with leave to the parties to agree the case shall be submitted on both statements on file, if they prefer so to do.